| **Haynes #2** | Jan. '02 – Oct. '02 |
|---:|---|
| $5,100.00 | Check written to Cherokee Energy |
| $35,000.00 | Check written to Cherokee Energy |
| $170,000.00 | Check written to Cherokee Energy |
| $51,000.00 | Check written to Cherokee Energy |
| $20,000.00 | Check written to Cherokee Energy |
| $105,000.00 | Check written to Cherokee Energy |
| $15,000.00 | Check written to Cherokee Energy |
| $20,000.00 | Check written to Cherokee Energy |
| $30,000.00 | Check written to Cherokee Energy |
| $20,000.00 | Check written to Cherokee Energy |
| $80,000.00 | Check written to Cherokee Energy |
| $10,000.00 | Check written to Cherokee Energy |
| $27,873.52 | Check written to Cherokee Energy |
| $2,850.00 | Check written to Cherokee Energy |
| $4,500.00 | Check written to Cherokee Energy |
| $700.00 | Check written to Cherokee Energy |
| $15,000.00 | Check written to Cherokee Energy |
| $35,000.00 | Check written to Cherokee Energy |
| $10,000.00 | Check written to Cherokee Energy |
| $15,000.00 | Check written to Cherokee Energy |
| $55,000.00 | Check written to Cherokee Energy |
| $30,000.00 | Check written to Cherokee Energy |
| $100,000.00 | Check written to Cherokee Energy |
| $21,950.00 | Check written to Cherokee Energy |
| $10,000.00 | Check written to Cherokee Energy |
| $58,000.00 | Check written to Cherokee Energy |
| $14,000.00 | Check written to Cherokee Energy |
| $62,000.00 | Check written to Cherokee Energy |
| $11,000.00 | Check written to Cherokee Energy |
| $60,000.00 | Check written to Cherokee Energy |
| $55,000.00 | Check written to Cherokee Energy |
| $75,000.00 | Check written to Cherokee Energy |
| $25,000.00 | Check written to Cherokee Energy |
| $40,000.00 | Check written to Cherokee Energy |
| $8,500.00 | Check written to Cherokee Energy |
| $460.00 | Check written to Cherokee Energy |
| $34.01 | Check written to Cherokee Energy |
| **$1,297,967.53** | |

Auditor's Appendix

199

EXHIBIT

10

| Mountain Energy Partners | Jan. '04 - Aug. '04 | |
|---|---|---|
| | $100,000.00 | Funds transfer to Cherokee Energy |
| | $75,000.00 | Funds transfer to Cherokee Energy |
| | $135,000.00 | Funds transfer to Cherokee Energy |
| | $120,000.00 | Funds transfer to Cherokee Energy |
| | $119,975.00 | Funds transfer to Cherokee Energy |
| | $49,972.00 | Funds transfer to Cherokee Energy |
| | $107,900.00 | Funds transfer to Cherokee Energy |
| | $100,000.00 | Funds transfer to Cherokee Energy |
| | $10.75 | Funds transfer to Cherokee Energy |
| | $807,857.75 | |

Auditor's Appendix

200

| Flaming Creek | March '04 – Aug. '04 |
|---|---|
| $100,000.00 | Funds transfer to Cherokee Energy |
| $18,000.00 | Funds transfer to Cherokee Energy |
| $9,000.00 | Funds transfer to Cherokee Energy |
| $95,400.00 | Funds transfer to Cherokee Energy |
| $31.00 | Funds transfer to Cherokee Energy |
| $95,000.00 | Funds transfer to Blue Flame Energy |
| $10,700.00 | Funds transfer to Blue Flame Energy |
| $1,700.00 | Funds transfer to Blue Flame Energy |
| $329,831.00 | |

Auditor's Appendix

201

| Bengfort Energy | Aug. '04 – Nov. '04 |
|---|---|
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $100,000.00 | transfer to Blue Flame Energy |
| $800,000.00 | |

Auditor's Appendix

202

**Cherokee Aviation**   Jan. '03 – Nov. '04

| Amount | Description |
|---|---|
| $11,679.43 | Aviation technology |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $1,745.39 | Aviation technology |
| $666.72 | Check written to non existing Corporate Hangar company |
| $2,764.70 | Aviation technology |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $1,858.61 | Check written to non existing Corporate Hangar company |
| $60.05 | Aviation technology |
| $1,858.61 | Check written to non existing Corporate Hangar company |
| $9,500.00 | Plane materials |
| $300.00 | Aircraft Detailing |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $6,605.82 | Check written to non existing Corporate Hangar company |
| $112.86 | Aviation technology |
| $13,337.26 | Aviation technology |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $6,911.02 | Check written to non existing Corporate Hangar company |
| $110.34 | Aviation technology |
| $10,519.43 | Check written to non existing Corporate Hangar company |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $78.59 | Aviation technology |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $5,816.82 | Check written to non existing Corporate Hangar company |
| $1,947.67 | Aviation technology |
| $10,052.00 | Check written to non existing Corporate Hangar company |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $4,133.28 | Check written to non existing Corporate Hangar company |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $552.67 | Check written to non existing Corporate Hangar company |
| $65.92 | Aviation technology |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $16,597.50 | Aircraft Parts |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $4,455.69 | Check written to non existing Corporate Hangar company |
| $2,000.00 | Aircraft Company |
| $6,027.25 | Check written to non existing Corporate Hangar company |
| $2,500.00 | Check written to non existing Corporate Hangar company |
| $15,896.66 | Check written to non existing Corporate Hangar company |
| $273,000.00 | Airplane Financing (estimate) |
| $436,154.29 | |

Auditor's Appendix

203

| Cherokee Energy | Jan. '02 - Jan. '05 |
|---|---|
| $156,000.00 | Transfer to Martin Twist Energy |
| $51,000.00 | Transfer to Martin Twist Energy |
| $105,000.00 | Transfer to Martin Twist Energy |
| $20,000.00 | Transfer to Martin Twist Energy |
| $15,000.00 | Transfer to Martin Twist Energy |
| $150,000.00 | Transfer to Martin Twist Energy |
| $20,000.00 | Transfer to Martin Twist Energy |
| $250.00 | Cash |
| $20,000.00 | Transfer to Martin Twist Energy |
| $500.00 | Cash |
| $70,000.00 | Transfer to Martin Twist Energy |
| $100,000.00 | Transfer to Martin Twist Energy |
| $100,000.00 | Transfer to Martin Twist Energy |
| $10,000.00 | Transfer to Martin Twist Energy |
| $50,000.00 | Transfer to Martin Twist Energy |
| $30,000.00 | Transfer to Martin Twist Energy |
| $27,873.52 | Transfer to Martin Twist Energy |
| $35,000.00 | Transfer to Martin Twist Energy |
| $40,000.00 | Transfer to Martin Twist Energy |
| $21,950.00 | Transfer to Martin Twist Energy |
| $50,000.00 | Transfer to Martin Twist Energy |
| $100,000.00 | Transfer to Martin Twist Energy |
| $372,000.00 | Transfer to Martin Twist Energy |
| $12,000.00 | Martin Twist |
| $63,000.00 | Transfer to Martin Twist Energy |
| $20,000.00 | Transfer to Martin Twist Energy |
| $250.00 | Cash |
| $60,000.00 | Transfer to Martin Twist Energy |
| $85,000.00 | Transfer to Martin Twist Energy |
| $40,000.00 | Transfer to Martin Twist Energy |
| $1,170.00 | ATM |
| $58,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Transfer to Martin Twist Energy |
| $65,000.00 | Transfer to Martin Twist Energy |
| $1,516.00 | Cash |
| $200.00 | Cash |
| $13,200.00 | Transfer to Martin Twist Energy |
| $81,500.00 | Transfer to Martin Twist Energy |
| $11,000.00 | Transfer to Martin Twist Energy |
| $328.35 | Cash |
| $45,000.00 | Transfer to Martin Twist Energy |
| $81,500.00 | Transfer to Martin Twist Energy |
| $23,000.00 | Transfer to Martin Twist Energy |
| $1,100.00 | Transfer to Martin Twist Energy |
| $180,500.00 | Transfer to Martin Twist Energy |
| $45,000.00 | Transfer to Martin Twist Energy |

Auditor's Appendix

| | |
|---|---|
| $400.00 | Cash |
| $750.00 | Tamara Twist |
| $5,000.00 | Transfer to Martin Twist Energy |
| $38,500.00 | Transfer to Martin Twist Energy |
| $42,000.00 | Transfer to Martin Twist Energy |
| $19,000.00 | Transfer to Martin Twist Energy |
| $25,000.00 | Transfer to Martin Twist Energy |
| $35,000.00 | Transfer to Martin Twist Energy |
| $25,000.00 | Transfer to Martin Twist Energy |
| $78,000.00 | Transfer to Martin Twist Energy |
| $35,000.00 | Transfer to Martin Twist Energy |
| $15,000.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Cash |
| $80,000.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Cash |
| $190,000.00 | Transfer to Martin Twist Energy |
| $200,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Martin Twist |
| $1,000.00 | Cash |
| $1,000.00 | Cash |
| $70,000.00 | Transfer to Martin Twist Energy |
| $50,000.00 | Transfer to Martin Twist Energy |
| $85,000.00 | Transfer to Martin Twist Energy |
| $130,000.00 | Transfer to Martin Twist Energy |
| $105,000.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Cash |
| $181,000.00 | Transfer to Martin Twist Energy |
| $65,000.00 | Transfer to Martin Twist Energy |
| $7,500.00 | Martin Twist |
| $5,000.00 | Martin Twist |
| $2,000.00 | Transfer to Martin Twist Energy |
| $80,000.00 | Cherokee Drilling |
| $136,000.00 | Cherokee Drilling |
| $5,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Transfer to Martin Twist Energy |
| $6,478.69 | Cherokee Drilling |
| $109,950.00 | Cherokee Drilling |
| $80,000.00 | Cherokee Drilling |
| $6,250.00 | Cash |
| $95,000.00 | Cherokee Drilling |
| $98,327.67 | Cherokee Drilling |
| $50,000.00 | Cherokee Drilling |
| $84,294.64 | Cherokee Drilling |
| $25,000.00 | Transfer to Martin Twist Energy |
| $10,000.00 | Martin Twist |
| $130,000.00 | Cherokee Drilling |

Auditor's Appendix

205

| Amount | Description |
|---|---|
| $1,200.00 | Tamara Twist |
| $100,000.00 | Cherokee Drilling |
| $50,000.00 | Cherokee Drilling |
| $3,500.00 | Cash |
| $100,000.00 | Cherokee Drilling |
| $10,000.00 | Martin Twist |
| $5,000.00 | Cash |
| $6,947.00 | Martin Twist |
| $3,500.00 | Tamara Twist |
| $3,500.00 | Tamara Twist |
| $3,500.00 | Tamara Twist |
| $3,500.00 | Tamara Twist |
| $25,000.00 | Transfer to Martin Twist Energy |
| $150,000.00 | Cherokee Drilling |
| $2,800.00 | Martin Twist |
| $20,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Martin Twist |
| $5,000.00 | Cash |
| $5,000.00 | Cash |
| $50,000.00 | Cherokee Drilling |
| $5,000.00 | Cash |
| $14,000.00 | Transfer to Martin Twist Energy |
| $8,000.00 | Martin Twist |
| $60,000.00 | Cherokee Drilling |
| $70,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Cash |
| $642.00 | Cash |
| $25,000.00 | Transfer to Martin Twist Energy |
| $81,400.00 | Transfer to Martin Twist Energy |
| $50,000.00 | Cherokee Drilling |
| $51,400.00 | Cherokee Drilling |
| $40,000.00 | Cherokee Drilling |
| $6,000.00 | Cherokee Aviation |
| $10,000.00 | Transfer to Martin Twist Energy |
| $21,000.00 | Cherokee Aviation |
| $180,100.00 | Martin Twist |
| $8,500.00 | Transfer to Martin Twist Energy |
| $13,000.00 | Cherokee Drilling |
| $1,200.00 | Cash |
| $70,000.00 | Cherokee Drilling |
| $10,000.00 | Cherokee Aviation |
| $10,000.00 | Transfer to Martin Twist Energy |
| $6,300.00 | Transfer to Martin Twist Energy |
| $8,000.00 | Transfer to Martin Twist Energy |
| $3,000.00 | Cherokee Aviation |
| $1,000.00 | Martin Twist |
| $12,000.00 | Cherokee Aviation |

Auditor's Appendix

206

| | |
|---|---|
| $2,000.00 | Martin Twist |
| $8,000.00 | Transfer to Martin Twist Energy |
| $2,500.00 | Cash |
| $50,000.00 | Cherokee Drilling |
| $800.00 | Cash |
| $800.00 | Cash |
| $50,000.00 | Cherokee Drilling |
| $2,125.00 | Cash |
| $5,000.00 | Cherokee Drilling |
| $1,000.00 | Cherokee Drilling |
| $100,000.00 | Cherokee Drilling |
| $90,000.00 | Cherokee Drilling |
| $15,000.00 | Transfer to Martin Twist Energy |
| $14,000.00 | Cherokee Aviation |
| $5,500.00 | Martin Twist realty |
| $15,000.00 | Transfer to Martin Twist Energy |
| $5,500.00 | Cherokee Aviation |
| $2,100.00 | Martin Twist realty |
| $2,000.00 | Martin Twist |
| $30,000.00 | Martin Twist |
| $18,000.00 | Cherokee Aviation |
| $5,000.00 | Transfer to Martin Twist Energy |
| $1,750.00 | Martin Twist realty |
| $10,500.00 | Cherokee Aviation |
| $6,000.00 | Transfer to Martin Twist Energy |
| $2,100.00 | Martin Twist realty |
| $46,000.00 | Cherokee Drilling |
| $11,150.00 | Martin Twist |
| $39,000.00 | Cherokee Drilling |
| $145,000.00 | Cherokee Drilling |
| $90,000.00 | Cherokee Drilling |
| $2,500.00 | Martin Twist realty |
| $2,500.00 | Martin Twist |
| $1,000.00 | Transfer to Martin Twist Energy |
| $20,000.00 | Martin Twist realty |
| $7,000.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Martin Twist |
| $90,000.00 | Cherokee Aviation |
| $10,000.00 | Martin Twist |
| $16,000.00 | Transfer to Martin Twist Energy |
| $6,500.00 | Cherokee Aviation |
| $5,000.00 | Martin Twist |
| $30,000.00 | Martin Twist |
| $25,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Cherokee Aviation |
| $26,000.00 | Cherokee Aviation |
| $2,200.00 | Martin Twist realty |

Auditor's Appendix

207

| | |
|---|---|
| $35,000.00 | Cherokee Drilling |
| $45,000.00 | Cherokee Drilling |
| $65,000.00 | Cherokee Drilling |
| $20,000.00 | Cherokee Drilling |
| $100,000.00 | Cherokee Drilling |
| $41,293.00 | Transfer to Martin Twist Energy |
| $7,000.00 | Cherokee Aviation |
| $5,000.00 | Transfer to Martin Twist Energy |
| $4,000.00 | Martin Twist |
| $2,100.00 | Martin Twist realty |
| $26,000.00 | Transfer to Martin Twist Energy |
| $15,000.00 | Martin Twist |
| $3,000.00 | Cherokee Aviation |
| $2,100.00 | Martin Twist realty |
| $5,500.00 | Cherokee Aviation |
| $2,500.00 | Martin Twist |
| $2,500.00 | Martin Twist realty |
| $3,100.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Martin Twist |
| $2,500.00 | Martin Twist |
| $16,500.00 | Cherokee Aviation |
| $2,000.00 | Martin Twist |
| $85,000.00 | Cherokee Drilling |
| $30,000.00 | Cherokee Drilling |
| $60,000.00 | Cherokee Drilling |
| $70,000.00 | Cherokee Drilling |
| $50,000.00 | Cherokee Drilling |
| $30,000.00 | Cherokee Drilling |
| $35,000.00 | Cherokee Drilling |
| $20,000.00 | Cherokee Drilling |
| $8,000.00 | Martin Twist |
| $10,000.00 | Cherokee Aviation |
| $10,000.00 | Transfer to Martin Twist Energy |
| $5,000.00 | Martin Twist |
| $22,500.00 | Transfer to Martin Twist Energy |
| $21,000.00 | Cherokee Aviation |
| $5,000.00 | Martin Twist realty |
| $14,000.00 | Martin Twist |
| $4,300.00 | Transfer to Martin Twist Energy |
| $2,500.00 | Martin Twist realty |
| $1,000.00 | Cherokee Aviation |
| $2,000.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Martin Twist |
| $20,000.00 | Cherokee Drilling |
| $15,000.00 | Cherokee Drilling |
| $30,000.00 | Cherokee Drilling |

Auditor's Appendix

| | |
|---|---|
| $30,000.00 | Cherokee Drilling |
| $5,000.00 | Cash |
| $5,000.00 | Cash |
| $2,000.00 | Martin Twist |
| $50,000.00 | Cherokee Drilling |
| $2,000.00 | Cash |
| $21,000.00 | Transfer to Martin Twist Energy |
| $26,300.00 | Transfer to Martin Twist Energy |
| $15,000.00 | Martin Twist |
| $11,200.00 | Cherokee Aviation |
| $5,600.00 | Martin Twist realty |
| $19,475.00 | Martin Twist |
| $5,500.00 | Transfer to Martin Twist Energy |
| $2,000.00 | Martin Twist realty |
| $500.00 | Cherokee Aviation |
| $5,230.00 | Transfer to Martin Twist Energy |
| $4,675.00 | Cherokee Aviation |
| $81,057.00 | Cherokee Drilling |
| $1,000.00 | Martin Twist |
| $1,600.00 | Transfer to Martin Twist Energy |
| $1,100.00 | Martin Twist |
| $7,000.00 | Cherokee Aviation |
| $5,400.00 | Martin Twist |
| $2,800.00 | Martin Twist |
| $11,400.00 | Transfer to Martin Twist Energy |
| $7,200.00 | Martin Twist |
| $6,900.00 | Cherokee Aviation |
| $20,000.00 | Martin Twist realty |
| $17,100.00 | Cherokee Aviation |
| $5,300.00 | Martin Twist |
| $20,000.00 | Transfer to Martin Twist Energy |
| $50,000.00 | Cherokee Drilling |
| $25,000.00 | Cherokee Drilling |
| $15,000.00 | Cherokee Drilling |
| $7,000.00 | cash |
| $20,000.00 | Cherokee Drilling |
| $3,000.00 | cash |
| $3,000.00 | cash |
| $11,500.00 | Cherokee Drilling |
| $4,400.00 | Martin Twist |
| $2,500.00 | Transfer to Martin Twist Energy |
| $700.00 | Cherokee Aviation |
| $49,000.00 | Martin Twist realty |
| $4,275.00 | Transfer to Martin Twist Energy |
| $4,125.00 | Cherokee Aviation |
| $12,425.00 | Martin Twist |
| $1,565.00 | Martin Twist |

Auditor's Appendix

209

| Amount | Description |
|---|---|
| $10,000.00 | Transfer to Martin Twist Energy |
| $8,260.00 | Martin Twist |
| $2,515.00 | Cherokee Aviation |
| $12,900.00 | Cherokee Aviation |
| $2,440.00 | Martin Twist |
| $2,480.00 | Transfer to Martin Twist Energy |
| $460.00 | Martin Twist |
| $30,000.00 | Cherokee Drilling |
| $21,000.00 | Cherokee Drilling |
| $20,000.00 | Cherokee Drilling |
| $26,865.00 | Cherokee Drilling |
| $30,000.00 | Cherokee Drilling |
| $25,000.00 | Cherokee Drilling |
| $21,000.00 | Cherokee Drilling |
| $2,500.00 | Martin Twist |
| $28,700.00 | Martin Twist realty |
| $17,000.00 | Transfer to Martin Twist Energy |
| $3,115.00 | Cherokee Aviation |
| $5,420.00 | Martin Twist |
| $51,000.00 | Transfer to Martin Twist Energy |
| $2,800.00 | Transfer to Martin Twist Energy |
| $1,000.00 | Cherokee Aviation |
| $23,410.00 | Transfer to Martin Twist Energy |
| $3,030.00 | Martin Twist |
| $190.00 | Martin Twist |
| $375.00 | Transfer to Martin Twist Energy |
| $575.00 | Transfer to Martin Twist Energy |
| $2,760.00 | Transfer to Martin Twist Energy |
| $500.00 | Transfer to Martin Twist Energy |
| $220.00 | Cherokee Aviation |
| $3,500.00 | Martin Twist |
| $3,100.00 | Transfer to Martin Twist Energy |
| $700.00 | Cherokee Aviation |
| $13,167.00 | Cherokee Aviation |
| $1,620.00 | Transfer to Martin Twist Energy |
| $916.00 | Martin Twist |
| $700.00 | Cherokee Aviation |
| $420.00 | Transfer to Martin Twist Energy |
| $4,500.00 | Cash |
| $50,000.00 | Cherokee Drilling |
| $41,000.00 | Cherokee Drilling |
| $20,100.00 | Cherokee Drilling |
| $22,000.00 | Cherokee Drilling |
| $24,000.00 | Cherokee Drilling |
| $12,000.00 | Cherokee Drilling |
| $3,030.00 | Transfer to Martin Twist Energy |
| $10,000.00 | Cherokee Drilling |

Auditor's Appendix

| Amount | Description |
|---|---|
| $3,700.00 | Transfer to Martin Twist Energy |
| $124,508.35 | aircraft |
| $1,490.00 | Transfer to Martin Twist Energy |
| $698.00 | Cherokee Aviation |
| $1,489.00 | Transfer to Martin Twist Energy |
| $810.00 | Martin Twist |
| $700.00 | Transfer to Martin Twist Energy |
| $695.00 | Transfer to Martin Twist Energy |
| $695.00 | Transfer to Martin Twist Energy |
| $13,980.00 | Cherokee Aviation |
| $2,190.00 | Transfer to Martin Twist Energy |
| $1,770.00 | Cherokee Aviation |
| $4,800.00 | Martin Twist |
| $2,110.00 | Transfer to Martin Twist Energy |
| $29,705.00 | Cherokee Aviation |
| $11,065.00 | Transfer to Martin Twist Energy |
| $1,565.00 | Martin Twist |
| $111,650.00 | Cherokee Drilling |
| $21,385.00 | Martin Twist |
| $16,600.00 | Cherokee Aviation |
| $23,655.00 | Cherokee Drilling |
| $26,963.00 | Cherokee Drilling |
| $28,083.00 | Cherokee Drilling |
| $42,980.00 | Cherokee Drilling |
| $66,085.00 | Martin Twist |
| $12,250.00 | Transfer to Martin Twist Energy |
| $2,390.00 | Cherokee Aviation |
| $138,440.00 | Cherokee Drilling |
| $124,379.00 | Cherokee Drilling |
| $50,000.00 | Martin Twist |
| $16,750.00 | Transfer to Martin Twist Energy |
| $16,150.00 | Transfer to Martin Twist Energy |
| $6,500.00 | Martin Twist |
| $4,850.00 | Cherokee Aviation |
| $100,000.00 | Transfer to Martin Twist Energy |
| $21,370.00 | Martin Twist realty |
| $1,615.00 | Cherokee Aviation |
| $130,143.00 | Cherokee Drilling |
| $20,155.00 | Transfer to Martin Twist Energy |
| $5,235.00 | Martin Twist realty |
| $2,710.00 | Martin Twist |
| $940.00 | Cherokee Aviation |
| $1,290.00 | Transfer to Martin Twist Energy |
| $36,104.00 | Cherokee Drilling |
| $7,010.00 | Transfer to Martin Twist Energy |
| $5,200.00 | Martin Twist realty |
| $5,187.00 | Cherokee Aviation |

Auditor's Appendix

211

| | |
|---|---|
| $3,000.00 | International Investmet Surveys |
| $24,000.00 | Transfer to Martin Twist Energy |
| $3,500.00 | International Investmet Surveys |
| $3,000.00 | Transfer to Martin Twist Energy |
| $31,530.00 | Cherokee Drilling |
| $72,020.00 | Cherokee Drilling |
| $102,100.00 | Burning Springs |
| $25,000.00 | Transfer to Martin Twist Energy |
| $9,240.00 | Burning Springs |
| $65,000.00 | Cherokee Drilling |
| $2,500.00 | Martin Twist |
| $132,914.00 | Transfer to Martin Twist Energy |
| $6,314.00 | Martin Twist |
| $6,070.00 | International Investmet Surveys |
| $3,637.00 | Cherokee Aviation |
| $64,407.00 | Cherokee Drilling |
| $24,975.00 | Transfer to Martin Twist Energy |
| $3,055.00 | Martin Twist |
| $81,520.00 | Cherokee Drilling |
| $4,500.00 | Cherokee Aviation |
| $4,140.00 | International Investmet Surveys |
| $4,000.00 | Transfer to Martin Twist Energy |
| $58,055.00 | Cherokee Drilling |
| $9,900.00 | Transfer to Martin Twist Energy |
| $9,325.00 | Cherokee Aviation |
| $6,726.00 | International Investmet Surveys |
| $56,925.00 | Burning Springs |
| $3,600.00 | Martin Twist |
| $2,000.00 | Martin Twist |
| $2,005.00 | Transfer to Martin Twist Energy |
| $75,500.00 | Cherokee Drilling |
| $14,420.00 | Cherokee Aviation |
| $11,000.00 | Burning Springs |
| $7,900.00 | Transfer to Martin Twist Energy |
| $7,631.00 | Martin Twist |
| $6,571.00 | Cherokee Aviation |
| $5,900.00 | International Investmet Surveys |
| $5,805.00 | Burning Springs |
| $33,686.00 | Cherokee Drilling |
| $45,500.00 | Cherokee Drilling |
| $6,635.00 | Transfer to Martin Twist Energy |
| $5,910.00 | International Investmet Surveys |
| $2,225.00 | International Investmet Surveys |
| $1,300.00 | Cherokee Aviation |
| $910.00 | Martin Twist |
| $75,000.00 | Transfer to Martin Twist Energy |
| $3,215.00 | International Investmet Surveys |

Auditor's Appendix

212

| | |
|---|---|
| $2,480.00 | Transfer to Martin Twist Energy |
| $1,310.00 | Cherokee Aviation |
| $80,000.00 | Cherokee Drilling |
| $5,200.00 | International Investmet Surveys |
| $4,800.00 | Transfer to Martin Twist Energy |
| $6,000.00 | Transfer to Martin Twist Energy |
| $2,000.00 | International Investmet Surveys |
| $2,700.00 | Transfer to Martin Twist Energy |
| $3,100.00 | Transfer to Martin Twist Energy |
| $3,500.00 | International Investmet Surveys |
| $10,025.00 | Burning Springs |
| $2,530.00 | Burning Springs |
| $1,000.00 | Cash |
| $1,300.00 | Cherokee Aviation |
| $12,200.00 | Transfer to Martin Twist Energy |
| $2,000.00 | Bengfort Energy |
| $1,683.50 | Transfer to Martin Twist Energy |
| $11,877,224.72 | |

Auditor's Appendix

213.

| Burning Springs | June '03 - June '04 |
|---|---|
| $50,000.00 | check to Cherokee Energy |
| $100,000.00 | check to Cherokee Energy |
| $10,000.00 | check to Cherokee Energy |
| $15,000.00 | check to Cherokee Energy |
| $175,000.00 | |

Auditor's Appendix

214

| Appalachian Energy | Jan. '02 – Dec. '04 |
|---|---|
| $50,000.00 | check to Cherokee |
| $9,000.00 | check to Cherokee |
| $40,000.00 | check to Cherokee |
| $22,000.00 | check to Cherokee |
| $50,000.00 | check to Cherokee |
| $347,000.00 | check to Cherokee |
| $75,000.00 | check to Cherokee |
| $60,000.00 | check to Cherokee |
| $65,000.00 | check to Cherokee |
| $28,200.00 | check to Cherokee |
| $81,500.00 | check to Cherokee |
| $31,100.00 | check to Cherokee |
| $25,000.00 | check to Cherokee |
| $208,500.00 | check to Cherokee |
| $45,000.00 | check to Cherokee |
| $20,000.00 | check to Cherokee |
| $45,500.00 | check to Cherokee |
| $52,000.00 | check to Cherokee |
| $18,000.00 | check to Cherokee |
| $35,000.00 | check to Cherokee |
| $40,000.00 | check to Cherokee |
| $35,000.00 | check to Cherokee |
| $35,000.00 | check to Cherokee |
| $55,000.00 | check to Cherokee |
| $15,000.00 | check to Cherokee |
| $24,000.00 | check to Cherokee |
| $15,500.00 | check to Cherokee |
| $30,000.00 | check to Cherokee |
| $50,000.00 | check to Cherokee |
| $125,000.00 | check to Cherokee |
| $70,000.00 | check to Cherokee |
| $85,000.00 | check to Cherokee |
| $130,000.00 | check to Cherokee |
| $115,000.00 | check to Cherokee |
| $62,500.00 | check to Cherokee |
| $12,000.00 | check to Cherokee |
| $24,000.00 | check to Cherokee |
| $135,000.00 | check to Cherokee |
| $5,000.00 | check to Cherokee |
| $10,000.00 | check to Cherokee |
| $90,000.00 | check to Cherokee |
| $56,500.00 | check to Cherokee |
| $5,000.00 | check to Cherokee |
| $50,000.00 | check to Cherokee |
| $10,000.00 | check to Cherokee |
| $89,827.67 | check to Cherokee |

Auditor's Appendix

| | |
|---|---|
| $50,000.00 | check to Cherokee |
| $6,000.00 | check to Cherokee |
| $8,000.00 | check to Cherokee |
| $190,000.00 | check to Cherokee |
| $10,000.00 | check to Cherokee |
| $22,000.00 | check to Cherokee |
| $100,000.00 | check to Cherokee |
| $35,000.00 | check to Cherokee |
| $28,000.00 | check to Cherokee |
| $48,000.00 | check to Cherokee |
| $33,000.00 | check to Cherokee |
| $52,000.00 | check to Cherokee |
| $3,264,127.67 | |

Auditor's Appendix

216

| Mueller Energy Partners | Nov. '02 - Sept. '04 |
|---|---|
| $2,000.00 | check to Cherokee Energy |
| $2,000.00 | check to Cherokee Energy |
| $100,000.00 | check to Cherokee Energy |
| $8,000.00 | check to Cherokee Energy |
| $32,500.00 | check to Cherokee Energy |
| $1,182.00 | check to Cherokee Energy |
| $4,131.02 | check to Cherokee Energy |
| $30,000.00 | check to Cherokee Energy |
| $66,000.00 | check to Cherokee Energy |
| $754.45 | check to Cherokee Energy |
| $591.25 | check to Cherokee Energy |
| $3,244.72 | check to Cherokee Energy |
| $1,700.00 | transfer to Cherokee |
| $6,800.00 | transfer to Cherokee |
| $6,237.30 | check to Cherokee Energy |
| $5,837.18 | check to Cherokee Energy |
| $445.41 | check to Cherokee Energy |
| $18.67 | check to Cherokee Energy |
| $643.43 | check to Cherokee Energy |
| $1,613.60 | transfer to Cherokee |
| $273,699.03 | |

| Texas Energy | July '02 – Sept. '04 |
| --- | --- |
| $15,000.00 | Funds transfer to Cherokee |
| $15,000.00 | Funds transfer to Cherokee |
| $6,947.00 | check to Cherokee |
| $7,800.00 | check to Cherokee |
| $75,000.00 | check to Cherokee |
| $66,000.00 | check to Cherokee |
| $210,000.00 | check to Cherokee |
| $30,000.00 | check to Cherokee |
| $380.00 | Funds transfer to Cherokee |
| $1.18 | Funds transfer to Cherokee |
| $112,500.00 | check to Cherokee |
| $82,000.00 | check to Cherokee |
| $396,424.00 | check to Cherokee |
| $250,000.00 | check to Cherokee |
| $103,500.00 | check to Cherokee |
| $66,000.00 | check to Cherokee |
| $75,000.00 | check to Cherokee |
| $6,947.00 | check to Cherokee |
| $30,000.00 | check to Cherokee |
| $1,548,499.18 | |

Auditor's Appendix

218

| Perkins Well Completion | Nov. '02 - Nov. '04 |
|---|---|
| $3,000.00 | check to Cherokee Energy |
| $2,450.00 | funds transfer to Blue Flame Energy |
| $18,000.00 | funds transfer to Blue Flame Energy |
| $7,000.00 | funds transfer to Blue Flame Energy |
| $18,000.00 | check to Cherokee Energy |
| $9,400.00 | funds transfer to Blue Flame Energy |
| $31,675.00 | funds transfer to Blue Flame Energy |
| $16,700.00 | funds transfer to Blue Flame Energy |
| $16,650.00 | funds transfer to Blue Flame Energy |
| $1,500.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $375.00 | check to Cherokee Energy |
| $375.00 | check to Cherokee Energy |
| $375.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $3,750.00 | check to Cherokee Energy |
| $3,750.00 | check to Cherokee Energy |
| $3,750.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $3,000.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $1,125.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $6,000.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $3,000.00 | check to Cherokee Energy |
| $375.00 | check to Cherokee Energy |
| $375.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $1,125.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $750.00 | check to Cherokee Energy |
| $375.00 | check to Cherokee Energy |
| $3,000.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $1,500.00 | check to Cherokee Energy |
| $27.25 | funds transfer to Cherokee Energy |

Auditor's Appendix

$178,402.25

| Martin Twist Energy | Feb. '02 – Dec. '04 |
|---|---|
| $10,000.00 | Martin Twist |
| $2,000.00 | Martin Twist |
| $4,000.00 | cash |
| $8,000.00 | cash |
| $2,500.00 | cash |
| $375.00 | cash |
| $7,500.00 | Martin Twist |
| $10,000.00 | Martin Twist |
| $40.00 | cash |
| $10,000.00 | Martin Twist |
| $15,000.00 | Martin Twist |
| $10,000.00 | Martin Twist |
| $10,000.00 | Martin Twist |
| $15,000.00 | Martin Twist |
| $500.00 | cash |
| $2,000.00 | Martin Twist |
| $2,500.00 | cash |
| $4,000.00 | cash |
| $2,000.00 | cash |
| $35,000.00 | Martin Twist |
| $5,000.00 | cash |
| $4,000.00 | Martin Twist |
| $800.00 | cash |
| $3,968.93 | cash |
| $4,800.00 | cash |
| $25,000.00 | Martin Twist |
| $6,000.00 | cash |
| $2,000.00 | Martin Twist |
| $5,000.00 | Martin Twist |
| $400.00 | cash |
| $15,000.00 | Martin Twist |
| $6,100.00 | Cherokee Drilling |
| $15,000.00 | Martin Twist |
| $4,000.00 | Martin Twist |
| $1,500.00 | Martin Twist |
| $7,500.00 | Martin Twist |
| $6,000.00 | Martin Twist |
| $2,000.00 | Martin Twist |
| $1,000.00 | Martin Twist |
| $12,000.00 | Cherokee Drilling |
| $7,000.00 | Cherokee Drilling |
| $2,000.00 | Martin Twist |
| $20,000.00 | Martin Twist |
| $10,000.00 | Martin Twist |
| $10,000.00 | Cherokee Drilling |
| $8,000.00 | Martin Twist |

Auditor's Appendix

221

| Amount | Payee |
|---|---|
| $2,000.00 | Martin Twist |
| $35,000.00 | Cherokee Drilling |
| $1,000.00 | cash |
| $1,000.00 | cash |
| $35,000.00 | Cherokee Drilling |
| $50,000.00 | Cherokee Drilling |
| $5,000.00 | Martin Twist |
| $30,000.00 | Cherokee Drilling |
| $50,000.00 | Cherokee Drilling |
| $1,000.00 | Martin Twist |
| $1,000.00 | Kristofer Twist |
| $58,545.00 | Car |
| $50,000.00 | Cherokee Drilling |
| $35,000.00 | Cherokee Drilling |
| $600.00 | Kristofer Twist |
| $6,500.00 | Martin Twist |
| $100,000.00 | Cherokee Drilling |
| $2,000.00 | cash |
| $50,000.00 | Cherokee Drilling |
| $6,000.00 | Martin Twist |
| $150,000.00 | Martin Twist |
| $3,700.00 | Kristofer Twist |
| $2,000.00 | Martin Twist |
| $35,000.00 | Martin Twist |
| $40,000.00 | Cherokee Energy |
| $30,000.00 | Cherokee Energy |
| $5,000.00 | Martin Twist |
| $1,076.00 | Tamara Twist |
| $5,000.00 | Cherokee Drilling |
| $2,000.00 | Martin Twist |
| $5,500.00 | Tamara Twist |
| $5,000.00 | cash |
| $5,000.00 | cash |
| $2,500.00 | Tamara Twist |
| $1,000.00 | cash |
| $3,000.00 | Cherokee aviation |
| $7,000.00 | Cherokee Energy |
| $4,100.00 | Martin Twist |
| $12,200.00 | Blue Flame Energy |
| $1,700.00 | Cherokee Energy |
| $6,000.00 | Blue Flame Energy |
| $1,767.00 | Cherokee Energy |
| $9,400.00 | Cherokee Energy |
| $18,000.00 | Cherokee Energy |
| $1,500.00 | Cherokee Energy |
| $2,491.00 | Cherokee Energy |
| $9,000.00 | Tamara Twist |

Auditor's Appendix

$1,223,062.93

Auditor's Appendix

| Resurrection Petroleum | Nov. '02 – Dec. '04 | |
|---|---|---|
| $11,200.00 | Funds transfer to Blue Flame Energy |
| $52.25 | Funds transfer to Cherokee Energy |
| $11,252.25 | |

Auditor's Appendix

224

| Haynes #1 | Jan. '04 -Sept. '05 |
|---|---|
| $75,000.00 | funds transfer to Cherokee Energy |
| $83,000.00 | funds transfer to Blue Flame Energy |
| $28,245.00 | Withdrawal |
| $186,245.00 | |